In the Matter of Hulan E. Jack, Appellant, against James M. Power et al., Respondents.— Order unanimously affirmed. No opinion. See opinion in *Matter of Warner* v. *Power* (*ante*, p. 867) decided herewith. Present — Cohn, J. P., Breitel, Botein, Bastow and Bergan, JJ.